JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed fairly within the constraints of our Constitution, see my dissent in *Callins* v. *Collins*, 510 U. S. 1141, 1143 (1994), I would grant certiorari and vacate the death sentences in these cases.

No. 93–8371. ADESANYA *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 92–9049. SANDOVAL *v.* CALIFORNIA, *ante,* p. 1;

No. 93–946. WULIGER *v.* UNITED STATES, 510 U. S. 1191;

No. 93–1063. HAYWARD ET AL. *v.* UNITED STATES, *ante,* p. 1004;

No. 93–1219. WILSON *v.* SOUTHERN RAILWAY CO. ET AL., 510 U. S. 1195;

No. 93–1311. BURCHILL *v.* KISH ET AL., *ante,* p. 1006;

No. 93–6585. STRIBLING *v.* COLLINS ET AL., 510 U. S. 1053;

No. 93–7195. WARREN *v.* CITY OF GRAND RAPIDS, 510 U. S. 1127;

No. 93–7257. HARRIS *v.* CAMPBELL, JUDGE, CIRCUIT COURT OF MISSOURI, ST. LOUIS COUNTY, 510 U. S. 1130;

No. 93–7429. POOLE *v.* CITY OF KILLEEN ET AL., 510 U. S. 1180;

No. 93–7488. PAWLAK *v.* PENNSYLVANIA BOARD OF LAW EXAMINERS, 510 U. S. 1215;

No. 93–7551. COTTON *v.* KANSAS, 510 U. S. 1199;

No. 93–7562. McCONNELL *v.* ARMONTROUT, WARDEN, ET AL., 510 U. S. 1200;

No. 93–7570. SIPOS *v.* WILLIAMSON, 510 U. S. 1200;

No. 93–7575. FRANKLIN *v.* MICHIGAN, 510 U. S. 1200;

No. 93–7658. KLEINSCHMIDT *v.* GATOR OFFICE SUPPLY & FURNITURE, INC., ET AL., 510 U. S. 1202;

No. 93–7673.   BLACKSTON *v.* SKARBNIK ET AL., 510 U. S. 1202;

No. 93–7721.   SANFORD *v.* ALAMEDA-CONTRA COSTA TRANSIT DISTRICT ET AL., *ante,* p. 1007;

No. 93–7723.   SWEENEY *v.* CIVIL SERVICE COMMISSION, *ante,* p. 1007;

No. 93–7728.   WILLIAMS *v.* PINE BLUFF SCHOOL DISTRICT NO. 3 ET AL., *ante,* p. 1007;

No. 93–7752.   LYLE *v.* MCKEON, *ante,* p. 1008;

No. 93–7753.   ROGERS *v.* NORTH CAROLINA, *ante,* p. 1008;

No. 93–7764.   SHANTEAU *v.* DEPARTMENT OF SOCIAL SERVICES, *ante,* p. 1008;

No. 93–7767.   IN RE MADSEN, *ante,* p. 1003;

No. 93–7783.   ESTES *v.* VAN DER VEUR, WARDEN, *ante,* p. 1021;

No. 93–7844.   FLYNN *v.* CITY OF GARDEN CITY, MICHIGAN, ET AL.; and FLYNN *v.* B&T TOWING, *ante,* p. 1010;

No. 93–7861.   WRIGHT *v.* MARSHALL ET AL., *ante,* p. 1022;

No. 93–7867.   SIMPSON *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, 510 U. S. 1205;

No. 93–8045.   BARTLETT *v.* VANCE, *ante,* p. 1040; and

No. 93–8058.   IN RE SAMMONS, 510 U. S. 1190.   Petitions for rehearing denied.

No. 93–6776.   HICKS *v.* BALTIMORE GAS & ELECTRIC CO., 510 U. S. 1059; and

No. 93–7396.   LAAN *v.* CALIFORNIA, 510 U. S. 1167.   Motions for leave to file petitions for rehearing denied.

MAY 18, 1994

No. 93–1170.   UNITED STATES ET AL. *v.* NATIONAL TREASURY EMPLOYEES UNION ET AL.   C. A. D. C. Cir.   [Certiorari granted, *ante,* p. 1029.]   Writ of certiorari as to Thomas C. Fishell dismissed under this Court's Rule 46.1.

MAY 23, 1994

No. 93–8684.   ROYAL *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari dismissed under this Court's Rule 46.   Reported below: 16 F. 3d 413.